RECEIVED

MAR - 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CEDRIC LAMONT DEAN                     DOCKET NO. 13-CV-2808; SEC. P

VERSUS                                 JUDGE TRIMBLE

K. ASK-CARLSON                         MAGISTRATE JUDGE KIRK

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED AND DISMISSED WITH PREJUDICE** for failing to state a claim for which habeas relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 6th day of _March_, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE